## FONTENOT v. FONTENOT.

An action against a tutor for neglecting to collect a debt due to the minor, is prescribed by four years, from the majority of the latter.  C. C. 356.

APPEAL from the District Court of St. Landry, *Overton*, J.  *Lataste*, for the appellant.  *W. B. Lewis*, for the defendant.  The judgment of the court was pronounced by

Rost, J, The plaintiff sues the legal representatives of his tutor, for a sum of money, which, he alleges, the latter had made himself liable to pay. The defence is a plea of prescription, under article 356 of the Code. That plea was sustained in the court below, and the plaintiff appealed.

It appears, that *Don Diego Lafleur*, the ancestor of the defendant, was appointed tutor of the plaintiff, in place of *Clemence Richard*, the natural tutrix, who lost the tutorship, by contracting a second marriage, without having been authorized to retain it. *Clemence Richard* and her husband had acknowledged in writing, that they had received $1,494, inherited by the minor from his father.

After the appointment of *Lafleur*, *Clemence Richard* transferred to him, a claim against *Jean Marie Debaillon*, for $1,386 27, bearing ten per cent interest, which *Lafleur* bound himself to apply, when collected, to the payment, so far as the sum would go, of the sum due by her as tutrix. *Lafleur* obtained a judgment upon this claim; but, before it was satisfied, *Debaillon* died insolvent; and there is no proof that any portion of it has been paid. It is not pretended that the balance due by *Clemence Richard* has ever been paid to *Lafleur*. We cannot distinguish this case from that of *Offutt v. Collins*, 11 Rob. 491. "The neglect of the tutor to collect those debts of his ward, was, in the language of the law, one of the acts of the tutorship, respecting which he should have brought his action within four years after he became of age." The plea of prescription must prevail. *Judgment affirmed.*